# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LASSANA DAO,

      Petitioner,

v.                                                                    No. 2:26-cv-0370 JB/DLM

HECTOR RIOS, et al.,

      Respondents.

## ORDER FOR EXPEDITED RESPONSE AND STATUS UPDATE

**THIS MATTER** is before the Court on Respondents' Emergency Motion to Vacate Order Enjoining Transfer. (Doc. 15.) The Court will require an expedited response and additional clarification regarding Respondents' removal plans.

**IT IS ORDERED** that Petitioner shall file a written response to the Emergency Motion no later than **May 1, 2026, at 5:00 p.m. MDT**.

**IT IS FURTHER ORDERED** that, no later than **May 1, 2026, at 5:00 p.m. MDT**, Respondents shall file a status update advising the Court of the specific date and time on which ICE currently intends to remove Petitioner, including confirmation of any scheduled flight itinerary or other concrete arrangements. General references to the "first week of May" are insufficient.

**IT IS SO ORDERED**.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE